UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

EMOSHIA L. DUNCAN                                                                                       Plaintiff

v.                                                                        Civil Action No. 3:19-CV-P890-RGJ

PETER EMBREE, *et al.*                                                                              Defendants

\* \* \* \* \*

## **ORDER**

This matter is before the Court because no answer has been filed in this action. The Service and Scheduling Order entered by the Court required an answer to be filed no later than 60 days after waiver of service (DN 12). The record reflects that a waiver of service was entered by counsel of behalf of Defendants on March 23, 2020 (DN 16).

Because more than 60 days have passed since service was waived, **IT IS HEREBY ORDERED that an answer shall be filed within 14 days of entry of this Order**.

Date:

cc:      Plaintiff, *pro se*
         Counsel of Record
A961.011